# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Heidy Herschbach (individually and as co-trustee of the Herschbach Living Trust) & Susan L. Randall (as co-trustee of the Herschbach Living Trust), | ) ) ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Frederick J. Herschbach & Herschbach Petroleum Company, Ltd., | ) ) ) |
| | ) Case No. 1:09-cv-008 |
| Defendants. | ) |

Before the court is the Defendants' Motion for attorney Craig D. Zips to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Craig D. Zips has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendants' motion (Docket No. 11) is **GRANTED**. Attorney Craig D. Zips is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge